Pg. 1.

United States District Court
Southern District of Texas
FILED
FEB 28 2000
MICHAEL N. MILBY CLERK

C-00-085

Mr. Homero G. Cardenas
169 S.S. Buffalo, Dr.
Raymondville, Tx. 78580
#879459-1B-22

TO:

The Main Federal Office
521 STARR, ST.
Corpus Christ, Tx.
  78403.

TO: whom it may concern.

I offender Homero G. Cardenas #879459-1B-22, am writing this letter in regards of a major problem that occured unto me on the Date 12-11-99, and about time 7:30pm, I offender Homero G. Cardenas, #879459-1B-22 was falsely and accused of refusing to attend my, The Academic program in which I am enrolled in, This program is called ABE.

This false and accusation was from officer EFRE, J. I have requested for some assistance and was denied,

pg 2.

7. Sgt. Ortega
8. Disciplinary Chief Montgomery
9. Capt. Barrera
10. even the warden Rodriguez

Sir I am asking for some assistence and some advise, on the Date 12-13-99, and about time 2:57pm, Capt Barrera, took my case, Case # 200001066 73 to court with out notifing, me that at this Date 12-13-99, and about time 2:57pm I was in my class room studing. Sir I have valid evidence, prove, and witnesses that I am Innocent, even my owen teacher told me that he, himself was a witness that nobody on this Date 12-13-99 and about time 2:57pm, came to let me know anything about me being present In court in this Date 12-13-99, and about time 2:57pm and found me Guilty, Sir how can I have been found Guilty, if I was not even in the court room. how can this people keep proceeding the case againest me or take this case to court with out notifing me that I was suppost to appear to the hearing, while I was in my class room studing, but still Capt Barrera found me Guilty and gave me 20 days off recreation and 20 days off commissary, Sir please be advise that at that Date, it was the Holidays, its all done and gone already. but my main concern is that the case # 200001066 73

pg 3.

I have valid evidence that Mr. EFRE, J. is not saying the truth. Sir according to this program it suppost to help me better myself, in which thats what, I honestly and Truly do want to better myself, not to get offened and hurt, This falsy accusation has Truly hurt me very much and my feelings as well, I had and I still, do have special plan's for my future to go for the Goal and finals of all my Education that TDCJ has to offer me, but now at this point I'm scared to attend my classes, because of getting a case for no reason at all, as a matter of a fact I am always 5 or 10 minutes early in my classroom. Sir I am requesting Investigation on why I was not allowed to appear at my hearing to prove with my Legitamate evidence that I was falsly charged, Tried and found Guilty. I am requesting for the case #20000106673 to Investigated EFRE.J. Investigate and see for yourselfs that this is a false charge and should be drop and cleared off the Computer. Sir there's alot of misJustice and alot of abuse in this unit, and its about time that real Justice come's in. because of this Case 20000106673 my status was denied.

    Thank you so much for your time,
      may God Bless you today and always.