IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Corpus Christi** DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2000

MICHAEL N. MILBY CLERK

**Homero G. Cardenas #879459**
Plaintiff's name and ID Number

**Diagnostic unit. P.O. Box 100 Huntsville, TX.**
Place of Confinement    **77342-0100**

CASE NO. **C-00-85**
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

**Officer J. Efre, et al., Respondents.**
Defendant's name and address
**1695. S. Buffalo, Dr.**
**Raymondville, TX. 78580.**

I, **Homero G. Cardenas**, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment        Yes☐ No☒
    b. Rent payments, interest or dividends?               Yes☐ No☒
    c. Pensions, annuities or life insurance payments?    Yes☐ No☒
    d. Gifts or inheritances?                              Yes☐ No☒
    e. Family or friends?                                  Yes☒ No☐
    f. Any other sources?                                  Yes☐ No☒

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    **Approximately $100.00 Dollars.**

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
          Yes☒          No☐
   If you answered YES, state the total value of the items owned.

   **$27.00**

4.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐         No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __10th__ day of __March__, __2000__

                            Homero G. Cardenas  #879459
                            Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           03/10/00
DU44/LH01896               IN-FORMA-PAUPERIS DATA                    11:18:45
TDCJ#: 00879459 SID#: 02689430 LOCATION: BYRD        INDIGENT DTE: 00/00/00
NAME: CARDENAS,HOMERO                       BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        27.20 TOT HOLD AMT:         0.00 3MTH TOT DEP:      80.00
6MTH DEP:          163.14 6MTH AVG BAL:         5.01 6MTH AVG DEP:      27.19
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00       30.07             30.00      11/99       25.11             25.00
01/00       25.06             25.00      10/99       26.95             33.14
12/99       25.00             25.00      09/99       25.00             25.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Walker_
ON THIS THE _10_ DAY OF _MARCH 2000_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____

*[Notary seal: HECTOR CASTANEDA, Notary Public, State of Texas, Commission Expires 12-09-2001]*