1.

C-00-85



Mr. Homero G. Cardenas #879459-A-2-18B.
Stevenson unit.
1525 FM 766
Cuero, Texas. 77954.

TO:
The Clerk
U.S. District Court
521 Starr St. RM 101.
Corpus Christi, TK. 78401.

Thursday 3-9-2000 - 9:48 pm.

United States District Court
Southern District of Texas
FILED

MAR 20 2000

MICHAEL N. MILBY CLERK

Dear Clerk

I Homero G. Cardenas 879459-A-2-18B, am writing you this letter to let you know that I received your letter, and I already did send you all the Information that you needed. Also I want to let you know that I was Transfered from Willacy County SJD
1695.S. Buffalo, Dr.
Raymondville, Texas. 78580.   Transfered to,

Diagnostic unit
P.O. Box 100
Huntsville, Texas.
77342-0100., Sir I am now in Stevenson unit.

Sir alone with my complaint that I filed on march 1-2000, Case# CA-C-00-085, I also want to Include a complaint

2.

did <u>not refused</u> to <u>attend</u> the <u>hearing</u>. Capt Barrera, states on the notification that I pleaded not Guilty even though he still writes down that I refused to attend the hearing, sir that's <u>clearly</u> a <u>lie</u>. I don't understand on why, and how can Capt Barrera proceed the hearing <u>with out me</u> <u>being present</u>, and charged, Tried, and <u>found</u> me <u>Guilty</u>. Sir I Homero G. Cardenas 879459-A-2-18B want to <u>file</u> a complaint against Capt Barrera alone together with the case # CA-C00-085. Sir I am <u>requesting</u> <u>Investigation</u> on why I wasn't <u>allowed</u> to appear at my hearing to prove with my legitamate evidence that I was falsly charged, Tried, and found Guilty, when I can clearly prove that Im Innocent. Sir because of all this <u>false</u> <u>accusation</u> my <u>status</u> was <u>denial</u>. all this has <u>done</u> <u>alot</u> of <u>damage</u> to my <u>future</u> and <u>pro long</u> my <u>stay</u> in <u>prison</u> and <u>hurt</u> <u>my</u> <u>feelings</u> as <u>well</u>. Hopefully this letter and your assistence will bring some <u>Justice</u>.

  Thank you for your time and help
  in this matter it is appreciated very
  much.

  again Thank you and God Bless you.

  always your brother in Christ

  Mr. Homero G. Cardenas # 879459-A-2-18B.
  Stevenson unit.