```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED

MAR 30 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HOMERO CARDENAS | § | |
| | § | |
| V. | § | C.A. NO. 00-85 |
| | § | |
| OFFICER J. EFRE, ET AL. | § | |

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

On March 17, 2000, petitioner filed a motion to proceed in forma pauperis (D.E. 4) in the above-styled action. Petitioner's inmate trust account statement reveals that petitioner's average deposits over the past 6 months have totaled $27.19. The Court therefore finds that petitioner is capable of paying the filing fee. Accordingly, the Court DENIES petitioner's motion. Petitioner is ORDERED to pay the filing fee of $5.00 within 30 days of the date of this order.

ORDERED this 29 day of March, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

1