United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HOMERO G. CARDENAS | § | |
| | § | |
| V. | § | C.A. NO. C-00-085 |
| | § | |
| OFFICER J. EFRE, ET AL | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO SUMMARILY DISMISS §2254 PETITION

On April 18, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Petitioner's §2254 petition be summarily dismissed. Rule 4, Rules Governing Section 2254 Cases. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that Petitioner Homero G. Cardenas' §2254 petition is summarily dismissed. Rule 4, Rules Governing Section 2254 Cases.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 17d day of May, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE