United States District Court
Southern District of Texas
ENTERED

MAY 18 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HOMERO G. CARDENAS | § | |
| | § | |
| V. | § | C.A. NO. C-00-085 |
| | § | |
| OFFICER J. EFRE, ET AL | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Summarily Dismiss §2254 Petition, the Court hereby enters Final Judgment dismissing Petitioner Homero G. Cardenas' §2254 petition.

ORDERED this 12th day of May, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE